Connell Foley LLP
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Travelodge Hotels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation, | Civil Action No. 18-cv-10510(KM)(CLW) |
| Plaintiff, | |
| v. | ORDER & **FINAL JUDGMENT BY DEFAULT** |
| SURAJHIRA, LLC, a South Carolina Limited Liability Company; and DARSHIL PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Travelodge Hotels, Inc. ("THI"), by its attorneys, Connell Foley LLP, seeking the entry of Final Judgment by Default against defendants, Surajhira, LLC and Darshil Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on June 13, 2018, seeking damages as a result of the breach of a franchise agreement between THI and Surajhira, LLC; and service of the Summons and Complaint having been effectuated with respect to defendant Surajhira, LLC by personally serving its registered agent in Hardeeville, South Carolina on July 2, 2018; and service of the Summons and Complaint having been effectuated with respect to defendant Darshil Patel by serving him in Hardeeville, South Carolina on July 9, 2018; and it appearing that default was duly noted by the Clerk of the Court against defendants on October 11, 2018 for their

4754169-1

failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 27th day of February, 2018, the motion for default judgment (DE 8) is GRANTED and that

ORDERED, ADJUDGED, AND DECREED that THI have judgment against Defendants, jointly and severally, in the total amount of $195,311.88 comprised of the following:

a. $109,357.55 for liquidated damages (principal plus prejudgment interest); and

b. $85,954.33 for Recurring Fees (principal plus prejudgment interest).

_____
**HONORABLE KEVIN McNULTY U.S.D.J.**

4754169-1